

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2020

No. 04-20-00593-CR

**IN RE** James **MYART**

Original Mandamus Proceeding[1]

**ORDER**

On December 11, 2020, relator filed a petition for a writ of mandamus. After considering the petition and because relator is represented by counsel in the trial court, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 23, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CR0945, styled *The State of Texas v. James Willie Myart, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.